**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6528**

ROBERT LOUIS GARRETT, JR., a/k/a Chubby, a/k/a Chubb, a/k/a Tru, a/k/a Kweli, a/k/a Justice,

   Plaintiff - Appellant,

  v.

FRANKLIN RICHARDSON; ROGERS; MCBRIDE,

   Defendants - Appellees,

  and

DIRECTOR BRYAN P. STIRLING, The Current Director of the South Carolina Department of Corrections; BERNARD MCKIE; DONALD LANE; RANDALL FOWLER, JR.; JAMES PARRISH; LEFFORD FATE; S. SOLTIS; DR. KOON; DR. ARROJAS; DR. T. ERGEN; DR. KOCHER; DR. SRIDARAN; CECELIA REYNOLDS; LARRY CARTLEDGE; LEROY CARTLEDGE; JAMES PARKER; DR. B. LEWIS; DR. A. COMPTON; DR. BRYNE; SHARON PATTERSON; KENNARD DUBOSE; ANN HALLMAN; C. HINDENBURG; K. RIVERS; P. TALBERT; BARNS; CURTIS EARLEY; FLORENCE MAUNEY; AMY ENLOE; PREA COMPLIANCE MANAGER AT PERRY CI (2015); LASLEY; WILLIAMS; DEGEORGIS; WANTONTA GOLDEN; LINDSEY HARRIS; JEFF BILYEU; MEAGAN HARRIS; KATHERINE BURGESS; R. BLACKBURN; CHAD BINKLEY; KENNETH MYERS; JAMES JENNINGS; NATHAN RICE; AULL; BECKETT, JR.; T. ESTERLINE; B. ROBERTS; STEPHON; GINA WILLIAMSON; WASHINGTON; OLDS; STEPHANIE MCMILLAN; PAMELA DERRICK; MYECHA L. MILEY; BROWN; SHARP; MICHELLE FOX; BEVERLY WOOD; V. GRUBBS; LARRY MORRIS; M. NEWTON; JOHN PATE; MICHAEL MCCALL; CASSANDRA MEANS; ASHLEY MADDOX; WILKENS-SMITH; MCCOULOUGH; WILLIE DAVIS; KATORA GAUSE; BERNADETTE JEFFERSON; UNKNOWN OFFICERS, from 9 May 2015 Attack; UNKNOWN PERSON, who made the call to give me no pain medication the day I got out of the hospital (27 May 2016); UNKNOWN

PERSON, who made the call not to send me to the infirmary the day I got out of the hospital 27 May 2016; MR. BARKLEY,

Defendants.

———————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge.  (0:18-cv-01309-CMC-PJG)

———————————

Submitted:  July 16, 2019                                                     Decided:  July 19, 2019

———————————

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

———————————

Affirmed in part and dismissed in part by unpublished per curiam opinion.

———————————

Robert Louis Garrett, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Garrett, Jr., appeals the district court's order accepting the recommendations of the magistrate judge and denying his motions for a preliminary injunction and default judgment in this action filed pursuant to 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The denial of Garrett's motion for a preliminary injunction is an appealable interlocutory order. 28 U.S.C. § 1292(a)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm the denial of the preliminary injunction for the reasons stated by the district court. *Garrett v. Richardson*, No. 0:18-cv-01309-CMC-PJG (D.S.C. Apr. 11, 2019). The order denying Garrett's motions for default judgment is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss this portion of the appeal for lack of jurisdiction. We deny Garrett's motion for stay and his request to consolidate this appeal with No. 19-6614. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART*
*AND DISMISSED IN PART*